# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154743

SONNY'S BODY SHOP, ROBERT VALLEAU,
and DOUGLAS RICE,
          Plaintiffs-Appellants,

v

GARFIELD TOWNSHIP,
          Defendant-Appellee.

SC: 154743
COA: 333252
Grand Traverse CC:
2015-031274-AA

_____/

      On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2017

d0124

Clerk